UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PETER SETH MICHAELS

    Plaintiff,

                                 Case No.:

Vs.

AMERICAN STRATEGIC
INSURANCE CORPORATION
d/b/a PROGRESSIVE FLOOD,

    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff sues Defendant and alleges:

1. This is a disputed flood insurance claim under the National Flood Insurance Program and, pursuant to 42 U.S.C. §4072 and 44 C.F.R. Part 61, App. A(1), Article VII(R), the United States District Court for the district in which the insured property is located is vested with original subject matter jurisdiction, without regard to the amount in controversy, over cases arising out of insurance claims arising under the National Flood Insurance Program.

2. At all times material, Plaintiff owned a home located at 1303 Embassy Lane, Naples, Florida 34104, which is within the Middle District of Florida.

3. The Defendant is a foreign for-profit private insurance company that is a "Write Your Own" insurance company, meaning that it is a private insurer authorized by the Federal Emergency Management Agency to provide standard flood insurance policies in its own name, which issued a standard flood insurance policy to Plaintiffs with effective dates of 9/15/2022 to 9/15/2023 protecting Plaintiff's home against flood losses. The insurance policy bears policy number FLD537128. Federal Code of Regulations 42 C.F.R. 62.23 permits Plaintiff to initiate this action against the Defendant directly in the place of the Director of the Federal Emergency Management Association. A true and correct copy of the declarations page of the policy is attached hereto as Exhibit "A".

4. On or about September 28, 2022, Hurricane Ian passed through Collier County, Florida causing Plaintiff's home to flood, as that term is defined under the standard flood insurance policy and causing damage to the home.

5. Plaintiff timely notified Defendant of the loss sustained, provided the Defendant with all the details surrounding the loss, allowed Defendant to study, inspect, and survey the property, and submitted to Defendant a sworn proof of loss and estimate of damage, thus complying fully complying with all provisions of the insurance policy relating to giving notice of the loss and cooperating in the investigation of the loss. Plaintiff then made demand upon Defendant to honor

its obligations under the policy and pay benefits owed to Plaintiff and loss-payees/third-party beneficiaries listed on the policy.

6. Thereafter, Defendant partially denied Plaintiff's claim and failed to pay the claim's value and/or pay all benefits to Plaintiff or loss-payees/third-party beneficiaries as provided for in the insurance policy. The refusal to pay benefits to Plaintiff and/or loss-payees/third-party beneficiaries listed in the policy constitutes a material breach of the insurance policy.

7. Thereafter, Defendant further breached the policy's terms and conditions by refusing to participate or engage in appraisal after Plaintiff's timely demand for same.

8. As a direct and proximate result of Defendant's breach of the insurance policy, Plaintiff has suffered damages as recoverable under the policy of insurance, including the cost to repair and replace the damage to the home and the cost to replace the damaged contents and all other damages recoverable under the policy of insurance.

9. Plaintiff has performed all conditions precedent to this action, or those conditions have been met, waived, or excused.

WHEREFORE, the Plaintiff demands judgment against the Defendant, together with costs of suit.

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38, Federal Rules of Civil Procedure, the Plaintiff hereby demands trial by jury on all issues so triable.

HAHN LOESER & PARKS LLP
5811 Pelican Bay Boulevard, Suite 650
Naples, Florida 34108
Phone: (239) 254-2900

By: */s/ Phoebe S. Wise*
PHOEBE S. WISE, ESQUIRE
Florida Bar No. 105652
pwise@hahnlaw.com
kmcginty-lasley@hahnlaw.com
tmacdonald@hahnlaw.com
*Attorneys for Peter Seth Michaels*
