UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Peter Seth Michaels,
       Plaintiff

-v-                                    Case No. 2:23-cv-01174

American Strategic Insurance Corporation
d//b/a Progressive Flood,
       Defendant
_____,

MEDIATION CONFERENCE REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on June 12, 2024, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:
    _x_    All individual parties and their respective trial counsel.
    _x_    Designated corporate representatives.
    _x_    Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate: *not applicable*

(c) The outcome of the mediation conference was:

    _x_    The case has been completely settled.

Done this 12th day of June, 2024, in Fort Myers, Florida.

/s/ Anne Dalton, Esquire, Mediator
Anne Dalton, Esquire
Florida Bar No. 0852960
Certified Florida and Federal Mediator
adalton@daltonlegal.com
2044 Bayside Parkway
Fort Myers, FL 33901
(239) 337-7900

CC: Counsel of Record; Unrepresented parties